IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRANK W. ALT, JR.,           )
                             )
     Plaintiff,              )
                             )
v.                           )     CASE NO. CV417-238
                             )
PRINCIPAL LIFE INSURANCE     )
COMPANY,                     )
                             )
     Defendant.              )
                             )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of February 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
2/15/20 8
Deputy Clerk